**Opinion issued March 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00063-CV

————————————

**KAVAC, LLC, Appellant**

**V.**

**5450 NAVIGATION INVESTMENT COMPANY, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1067199**

---

## MEMORANDUM OPINION

Appellant, Kavac, LLC, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.